UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM D. BONEY, | Case No. 3:15-cv-00193-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| GREGORY SMITH, *et al.*, | |
| Respondents. | |

On January 5, 2018, respondents filed a notice of the petitioner's current address in compliance with the Court's order of January 4, 2018. Accordingly, it is ordered that the Clerk of the Court will update the docket to reflect the petitioner's current address:

Saguaro Correctional Center
William D. Boney, NDOC #91222
1252 E. Arica Rd.
Eloy, Arizona 85131

It is further ordered that the Clerk send to petitioner, at his new address, a copy of the Court's order of December 15, 2017 (ECF No. 26). It is further ordered that the deadline for petitioner to comply with the Court's order of December 15, 2017, is hereby extended to and including February 5, 2018.

DATED THIS 8th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE